FILED
CLERK, U.S. DISTRICT COURT
JUL 15 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES RETIREMENT TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES DEFINED CONTRIBUTION TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES VACATION AND HOLIDAY TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES CHRISTMAS BONUS FUND; TRUSTEES OF THE APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND; and TRUSTEES OF THE INTERNATIONAL TRAINING FUND,<br><br>    Plaintiffs,<br><br>vs.<br><br>FIDELITY CONSTRUCTION PLUMBING INC., a California corporation; FIDEL ASCENSIO JR., an individual; MARTHA Y. ASCENSIO, an individual,<br><br>    Defendant. | CASE NO.: CV09-8676 SVW (FFMx)<br><br>ASSIGNED TO THE HONORABLE STEPHEN V. WILSON<br><br>[PROPOSED] JUDGMENT |

1

315643

The Court, having considered and approved the stipulation for entry of judgment submitted by and between defendants Fidelity Construction Plumbing Inc., a California corporation, Fidel Ascensio, Jr., an individual, and Martha Y. Ascensio, an individual, and plaintiffs Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, Trustees of the Southern California Pipe Trades Retirement Trust Fund, Trustees of the Southern California Pipe Trades Defined Contribution Trust Fund, Trustees of the Southern California Pipe Trades Vacation and Holiday Trust Fund, Trustees of the Southern California Pipe Trades Christmas Bonus Fund, Trustees of the Apprentice and Journeyman Training Trust Fund, Trustees of the Plumbers and Pipefitters National Pension Fund, and Trustees of the International Training Fund, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Fidel Ascensio, Jr. shall be dismissed, with prejudice, as a defendant in this action.

2. The Judgment is as to the First Cause of Action for Breach of Agreement and Fourth Cause of Action for Engaging in Prohibited Transactions only, and as to Fidelity Construction Plumbing Inc., a California corporation, and Martha Y. Ascensio, an individual, based on her status as a fiduciary. The remaining causes of action shall be dismissed, without prejudice, as to Fidelity Construction Plumbing Inc., a California corporation, and Martha Y. Ascensio, an individual.

///

///

///

3. Plaintiffs Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, Trustees of the Southern California Pipe Trades Retirement Trust Fund, Trustees of the Southern California Pipe Trades Defined Contribution Trust Fund, Trustees of the Southern California Pipe Trades Vacation and Holiday Trust Fund, Trustees of the Southern California Pipe Trades Christmas Bonus Fund, Trustees of the Apprentice and Journeyman Training Trust Fund, Trustees of the Plumbers and Pipefitters National Pension Fund, and Trustees of the International Training Fund shall recover from defendants Fidelity Construction Plumbing Inc., a California corporation, and Martha Y. Ascensio, an individual, jointly and severally, the principal amount of $89,500.00, plus pre-judgment and post-judgment interest at the rate of eight percent (8%) per annum thereon from June 15, 2010 until paid in full.

DATED: 7/15/10

UNITED STATES DISTRICT JUDGE

315643

[Proposed] Judgment